**FILED**

03/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0161

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0161

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

JACOB LEE OVERLEASE,

      Defendant and Appellant.

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellant's motion for extension of time, and good cause appearing, and there being no objection from the State;

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 8, 2022 within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 4 2022